**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7032**

---

In Re: THERON JOHNNY MAXTON,

                                        Petitioner.

---

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  David C. Norton, District Judge.
(CA-99-2023-18BD, CA-99-2024-18BD, CA-99-2025-18BD, CA-99-2026-
18BD, CA-99-2027-18BD, CA-99-2028-18BD, CA-99-2029-18BD, CA-99-
2030-18BD, CA-99-2031-18BD, CA-99-2032-18BD, CA-99-2033-18BD, CA-
99-2034-18BD, CA-99-2035-18BD, CA-99-2043-18BD, CA-99-2044-18BD,
CA-99-2049-18BD, CA-99-2050-18BD, CA-99-2051-18BD, CA-99-2070-18BD,
CA-99-2072-18BD, CA-99-2077-18BD)

---

Submitted:  November 18, 1999      Decided:  November 23, 1999

---

Before WILKINS, HAMILTON, and LUTTIG, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Theron Johnny Maxton, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Theron Johnny Maxton appeals the district court's order dismissing without prejudice his twenty-one consolidated habeas corpus and mandamus actions. Maxton's case was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (1994). The magistrate judge recommended that relief be denied and advised Maxton that failure to file timely, specific objections to the recommendation could waive appellate review of a district court order based upon the recommendation. Despite this warning, Maxton lodged only a general objection to the magistrate judge's recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned that failure to lodge specific objections will waive appellate review. See United States v. One Parcel of Real Property, With Bldgs., Appurtenances, Improvements, and Contents, Known as: 2121 East 30th Street, Tulsa, Oklahoma, 73 F.3d 1057, 1060 (10th Cir. 1996); Howard v. Secretary of Health & Human Servs., 932 F.2d 505, 507-09 (6th Cir. 1991); Lockert v. Faulkner, 843 F.2d 1015, 1019 (7th Cir. 1988). See generally Thomas v. Arn, 474 U.S. 140 (1985); Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985). Maxton has waived appellate review of his claims by failing to file specific objections after receiving proper notice. Accordingly, we affirm the judgment of the district court. We dispense with oral

2

argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED